UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 7:14-CR-117-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | ORDER |
| ) | |
| IBRAHIM MUTHAHER MUSLEH, ) | |
|     Defendant ) | |

Upon motion from the Defendant, without objection from the Government, and for good cause shown, it is ORDERED that the United States Probation Office for the Southern District of New York is authorized to release to the Defendant his United States Passport under reasonable conditions and/or restrictions, as needed, while he is on federal probation. This will permit the Defendant to process an application to bring his daughter to the United States, and authorizes any future releases for any other reasonable purpose, as determined by the United States Probation Office, without further recourse to this Court.

SO ORDERED, this the 3 day of December, 2015.

Terrence W. Boyle
U.S. District Judge

1